IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS, Jr.,

      Plaintiff,                    No. CIV S-07-1696 MCE KJM P

      vs.

CALIFORNIA MEDICAL FACILITY,

      Defendant.                 FINDINGS & RECOMMENDATIONS

/

        By order filed August 30, 2007, plaintiff was informed that his letter concerning medical care did not satisfy the requirements of the Federal Rules of Civil Procedure and the Local Rules and he was given thirty days leave to file a complaint. The thirty day period has now expired, and plaintiff has not filed a complaint. He has written to the court, both times on copies of the order of August 30, but has not filed a complaint even though the Clerk of the Court sent him a form for a civil rights action.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED:  October 12, 2007.

_____
U.S. MAGISTRATE JUDGE

2
davi1696.fta